**Crowell**

**Robert A. Mantel**
RMantel@crowell.com
(212) 590-5439  direct

Crowell & Moring LLP
Two Manhattan West,
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

November 21, 2025

<u>**VIA ECF**</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 11C South
Brooklyn, New York 11201

Re:    *Chan et al v. Nuna Baby Essentials, Inc.*, Case No. 1:25-cv-03985-LDH-PK

Dear Judge Kuo:

We represent Defendant Nuna Baby Essentials, Inc. ("Nuna") in the above-captioned action.  We submit this letter on behalf of both parties pursuant to Your Honor's direction at the November 19, 2025 Initial Conference to provide notice of similar actions pending in other district courts and the status of those cases.  [ECF No. 23]

The following cases pending in other jurisdictions involve a common nucleus of operative facts, similar legal issues and factual allegations, and substantially similar parties:

- *In re Nuna Baby Essentials Rava Litigation*, Case No. 3:25-cv-01284-AMO, United States District Court, Northern District of California.

  - The case was originally filed as *Khanna et al. v. Nuna Baby Essentials, Inc.* on February 6, 2025. On March 31, 2025, a second case entitled *Pelufo et al. v. Nuna Baby Essentials, Inc.* was filed. Subsequently, the cases were consolidated and a consolidated class action complaint against Nuna Baby was filed on August 7, 2025. Motion to dismiss briefing has been completed. Nuna's pending motion to dismiss is set for hearing on January 8, 2026. Discovery is ongoing. The Court set a deadline to complete private ADR by February 27, 2026.

  - Plaintiffs are represented by Milberg Coleman Bryson Phillips Grossman, PLLC; Laukaitis Law LLC; and Kaplan Fox & Kilsheimer LLP.

  - Nuna is represented by Crowell & Moring LLP.

- *Moncada et al. v. Nuna Baby Essentials, Inc.*, Case No. 1:25-cv-02592-PKC, United States District Court, Southern District of New York.

  - A class action complaint was filed on March 28, 2025 and the operative first amended class action complaint was filed on June 27, 2025. Motion to dismiss briefing has been completed. Nuna's motion to dismiss is pending and a hearing date has not yet been set. The Court has stayed discovery.



- o    Plaintiffs are represented by Denlea & Carton LLP.

- o    Nuna is represented by Crowell & Morning LLP.

- *Baig v. Nuna Baby Essentials, Inc.*, Case No. 5:25-cv-03327-JLS, United States District Court, Eastern District of Pennsylvania.

    - o    A class action complaint was filed on June 30, 2025. Motion to dismiss briefing has been completed. Nuna's motion to dismiss is pending and a hearing date has not yet been set. Discovery is ongoing.

    - o    Plaintiff is represented by Kaplan Fox & Kilsheimer LLP and Levin Sedran & Berman LLP.

    - o    Nuna is represented by Crowell & Morning LLP and Goldberg Segalla LLP.

- *Medema et al. v. Nuna Baby Essentials, Inc.*, Case No. 1:25-cv-0776, United States District Court, Northern District of Illinois.

    - o    A class action complaint was filed on July 9, 2025. Motion to dismiss briefing has been completed. Nuna's motion to dismiss is pending and a hearing date has not yet been set. Discovery is ongoing.

    - o    Plaintiffs are represented by Milberg Coleman Bryson Phillips Grossman, PLLC and Laukaitis Law LLC.

    - o    Nuna is represented by Crowell & Morning LLP and Goldberg Segalla LLP.

- *Roberts v. Nuna Baby Essentials, Inc.*, Case No. 2:25-cv-02209-KKE, United States District Court, Western District of Washington.

    - o    A class action complaint was filed in Washington State Superior Court, King County, on October 2, 2025. The case was removed to the United States District Court, Western District of Washington on November 5, 2025. Nuna's deadline to respond to the complaint is November 24, 2025.

    - o    Plaintiffs are represented by Terrell Marshall Law Group PLLC and Schubert Jonckheer & Kolbe LLP.

    - o    Nuna is represented by Crowell & Morning LLP, Goldberg Segalla LLP, and Corr Cronin LLP.

Respectfully,

/s Robert A. Mantel

CC:    Counsel of Record (via ECF)