UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY CHAN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUNA BABY ESSENTIALS, INC.,<br><br>Defendant. | CIVIL ACTION NO: 1:25-cv-03985<br><br>NOTICE OF APPEARANCE |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 1.4(b), please take notice that Mitchell Breit hereby withdraws as counsel of record for Plaintiffs. The undersigned is no longer affiliated with MILBERG, PLLC. Plaintiffs will continue to be represented in this action by attorney Roy Shimon, Adam A. Edwards, and Virginia A. Whitener of MILBERG, PLLC, and Kevin Laukaitis of LAUKAITIS LAW LLC.

Dated: September 10, 2026

Respectfully submitted,

/s/Mitchell Breit
Mitchell Breit

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Mitchell Breit
Mitchell Breit