Milberg.

William A. Ladnier, Partner
Milberg, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080
wladnier@milberg.com

November 2, 2026

**VIA ECF**
The Honorable LaShann DeArcy Hall
United States District Court Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, New York 11201

**Re: *Chan, et al. v. Nuna Baby Essentials, Inc.*, No. 1:25-cv-03985-LDH-PK**

Dear Judge DeArcy Hall:

We represent Plaintiffs in the above-captioned action. We have conferred with counsel for Defendant Nuna Baby Essentials, Inc. ("Nuna"), and the parties write jointly to provide the Court with an update regarding this litigation.

On August 5, 2026, the Parties mediated before the Honorable Elizabeth Laporte (Ret.) of JAMS in San Francisco, California. Although those efforts did not result in a settlement, the Parties agreed to continue their settlement negotiations in good faith. More recently, the Parties mediated before Hunter Hughes in San Diego, California, on September 30, 2026. Following a full-day session, the Parties reached an agreement in principle to settle all pending claims on a nationwide basis. This settlement, thus, would settle the claims in this and all related cases.

This Court previously granted Nuna's Motion to Dismiss with leave to amend on September 30, 2026, ECF No. 42, and judgment was entered that same day, ECF No. 43. Given that the Parties have reached an agreement in principle to settle Plaintiffs' claims, Plaintiffs do not intend to amend their existing complaint. Rather, the Parties have conferred and agreed that all deadlines should be stayed while the Parties finalize the proposed class settlement. Accordingly, the Parties jointly stipulate to and ask the Court to enter a stay of all pending deadlines in this case.

Sincerely Yours,

William A. Ladnier
*Counsel for Plaintiff and the Proposed Class*



Corporate Disclosure: Milberg is a global law firm with its main headquarters located in San Juan, Puerto Rico as a limited liability corporation. Its domestic United States principal place of business is a professional limited liability corporation located in Knoxville, Tennessee.